UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CHRISTIAN SANCHEZ, Individually, and On Behalf of All Others Similarly Situated,

                Plaintiff,

vs.

SOLE TECHNOLOGY, INC.,

                Defendant.
------------------------------------------------------------x

Case No. 1:21-cv-00543-ER

**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**

      **IT IS HEREBY STIPULATED AND AGREED** that the action shall be, and is hereby, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATED:  March 21, 2022

                **MIZRAHI KROUB LLP**

                JOSEPH H. MIZRAHI
                JARRETT S. CHARO
                WILLIAM J. DOWNES
                200 Vesey Street, 24th Floor
                New York, NY  10281
                Telephone:  212/595-6200
                212/595-9700 (fax)
                jmizrahi@mizrahikroub.com
                jcharo@mizrahikroub.com
                wdownes@mizrahikroub.com

                *Attorneys for Plaintiff*

DATED:  March 21, 2022 

**DENTONS US LLP (NY)**

_[signature]_

Karla Del Pozo García
1221 Avenue of the Americas
New York, NY 10020
212-768-5328
Email: karla.delpozogarcia@dentons.com

*Attorney for Defendant*

SO ORDERED:

_[signature]_
Edgardo Ramos, U.S.D.J
Dated:  March 23, 2022
New York, New York

2